**Sheehan & Associates, P.C.**  60 Cuttermill Road, Suite 409, Great Neck NY 11021-3104
spencer@spencersheehan.com  tel. (516) 268-7080   fax (516) 234-7800

June 24, 2021

District Judge Denise L. Cote
United States District Court
Southern District of New York
500 Pearl St
New York, NY 10007

Re:  1:21-cv-03657-DLC
     Smith v. Apple Inc.

Dear District Judge Cote:

This office represents the plaintiff. In accordance with the Court's Individual Rules, the parties request an adjournment of the initial conference, scheduled for July 1, 2021.

This action was filed on April 24, 2021. ECF No. 1. On June 24, 2021, defendant waived service of the summons, setting its answer or response as due August 23, 2021. ECF No. 6. The parties request an adjournment so defendant can evaluate the case and discuss it with the undersigned in advance of the date by which its answer or response is due.

There have been no previous requests for adjournment of the initial conference. No previous request was granted or denied. Defendant consents to this request. The proposed new date for the initial conference is August 27, 2021. This request is submitted at least 48 hours prior to the initial conference. Thank you.

Respectfully submitted,

/s/Spencer Sheehan

*[Handwritten note:]* The conference is adjourned to Sept. 10 at 11:00 am.

*Denise Cote*
June 25, 2021