**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
ANTOINETTE SMITH, FRED SANTOS, and
CHARLES TUCKER,

                       Plaintiffs,                      21 **CIVIL** 3657 (DLC)

      -against-                              **JUDGMENT**

APPLE, INC.,

                       Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 2, 2022, Apple's November 5 motion to stay is denied. Apple's November 5 motion to dismiss is granted. Judgment is entered for the defendant, and the case is closed.

**Dated:**  New York, New York
          February 3, 2022

                                                               **RUBY J. KRAJICK**
                                                               _____
                                                                    Clerk of Court
                                                  **BY:**
                                                                    Deputy Clerk